THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEAN T. SMITH, Appellant. [703 NYS2d 431] —Judgment unanimously affirmed for reasons stated in decision at Jefferson County Court, Clary, J. (Appeal from Judgment of Jefferson County Court, Clary, J.—Criminal Possession Controlled Substance, 1st Degree.) Present—Green, J. P., Lawton, Pigott, Jr., Scudder and Callahan, JJ.